# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 19-00730-5-JNC |
| CAH ACQUISITION COMPANY #1, LLC, d/b/a WASHINGTON COUNTY COMMUNITY HOSPITAL, | CHAPTER 11 |
| THOMAS W. WALDREP, JR., as Litigation Trustee, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 24-00066-5-JNC |
| MARK A. RODGERS, | |
| Defendant. | |

## **CERTIFICATE OF SERVICE**

I, THOMAS W. WALDREP, JR., certify that service of this summons, and a copy of the complaint was made September 12, 2024 by:

■ Mail service: United States first class mail, postage fully pre-paid, addressed to:

Mark A. Rodgers
707 North Fielder Road
Suite A
Arlington, TX 70612

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of , as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Respectfully submitted, this the 27th day of September 2024.

**WALDREP WALL BABCOCK & BAILEY PLLC**

/s/ Thomas W. Waldrep, Jr.
Thomas W. Waldrep, Jr. (NC Bar No. 11135)
Kelly A. Cameron (NC Bar No. 55664)
Chris W. Haaf (NC Bar No. 46077)
James C. Lanik (NC Bar No. 30454)
Jennifer B. Lyday (NC Bar No. 39871)
370 Knollwood Street, Suite 600
Winston-Salem, North Carolina 27103
Telephone: 336.722.6300
Facsimile: 336.722.1993
Email: notice@waldrepwall.com

**MCDONALD HOPKINS LLC**
Micah E. Marcus (specially appearing LR 83.1(e))
300 North LaSalle Street, Suite 1400
Chicago, IL 60654
Telephone: (312) 280-0111
Facsimile: (312) 280-8232
Email: mmarcus@mcdonaldhopkins.com
Attorneys for Plaintiff