# *Exhibit L*

Membership Interest Purchase Agreement

## MEMBERSHIP INTEREST PURCHASE AGREEMENT

This Membership Interest Purchase Agreement (this "Agreement") is entered into effective as of November 1, 2017 (the "Effective Date"), by and among Mobile Science Technologies, Inc., a Georgia corporation ("Buyer"), Meridian Waste Solutions, Inc., a New York corporation ("Parent"); James Greg McKinney ("McKinney"), a resident of the state of Oklahoma; Monroe Guest ("Guest"), a resident of the state of Oklahoma; Lindell Gardner ("Gardner"), a resident of the state of Oklahoma; Dennis Loudermilk ("Loudermilk"), a resident of the state of Florida (collectively the "Sellers" and each individually sometimes a "Seller"). Buyer and the Sellers are referred to collectively herein as the "Parties" and each a "Party."

### BACKGROUND FACTS

McKinney, Guest, Gardner and Loudermilk own all legal and beneficial right, title and interest in and to all of the membership interests in WelNess Benefits, LLC, an Oklahoma limited liability company and Integrity Lab Solutions, LLC, an Oklahoma limited liability company ("Integrity") (whenever WelNess and Integrity are referred to jointly, they shall be referred to as the ("Acquired Companies");

WelNess owns all of the legal and beneficial right title and interest in and to a seventy one and sixty-four hundredths percent (71.64%) membership interest in LGMG, LLC d/b/a Verifi Resource Group, an Oklahoma limited liability company ("LGMG") (hereinafter whenever WelNess, Integrity and LGMG are referred to jointly, they shall be referred to as the "Companies" and whenever LGMG and Integrity are referred to jointly they shall be referred to as the "Operating Companies");

The Operating Companies own and operate laboratory marketing, management, and testing businesses focused on providing accurate and state of the art laboratory testing (the "Business").

Buyer desires to purchase and acquire from Sellers all of the issued and outstanding membership interests of the Acquired Companies, and Sellers desire to sell all of the issued and outstanding membership interests of the Acquired Companies to Buyer, all in accordance with the terms and conditions set forth in this Agreement.

Parent as the sole shareholder of Buyer will be materially benefitted from Sellers' performance of their obligations hereunder, and as such has agreed to be bound by certain terms of this Agreement.

### RECITAL OF CONSIDERATION

Now, therefore, in consideration of the premises and the mutual covenants and agreements contained herein, the receipt and sufficiency of which is hereby acknowledged, the Parties, intending to be legally bound, agree as follows:

### SECTION 1
### DEFINITIONS AND USAGE

1.1    Definitions.  For purposes of this Agreement, except as otherwise expressly provided herein or unless the context otherwise requires, initially capitalized terms used in this Agreement have the meanings set forth in **Schedule 1.1**.

1.2    Interpretation and Usage.  In this Agreement, unless a clear contrary intention appears: (a) the singular number includes the plural number and vice versa; (b) reference to any Person includes such Person's successors and assigns but, if applicable, only if such successors and assigns are not prohibited by

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER
LOUDERMILK-000001

## SCHEDULE 4.1

### List of Members, Managers, and Officers of Companies

**WelNess Benefits, LLC**
Monroe Guest, Managing Member
Greg McKinney, Member
Dennis Loudermilk, Member
Lindell Gardner, Member

**Integrity Lab Solutions, LLC**
Monroe Guest, Managing Member
Greg McKinney, Managing Member
Dennis Loudermilk, Managing Member
Lindell Gardner, Managing Member

**LGMG, LLC**
Monroe Guest, President, Managing Member, Attorney-in-fact

| Percentage Ownership[1] | Members | Units | Amount |
|---|---|---|---|
| 71.64% | WelNess Benefits | 960 | |
| .74% | Adkisson, Joel Dr. | 10 | $6,250 |
| .89% | Aguilar, Virgian Dr. | 12 | $7,500 |
| .59% | Bailey, Scott Dr. | 8 | $5,000 |
| 1.78% | Bailey Scott Dr. | 24 | $15,000 |
| .74% | Barbaro, Salvatore | 10 | $6,250 |
| .074% | Battaglia, Eddie | 1 | $625 |
| .74% | Bingham, Jennifer Dr.* | 10 | $6,250 |
| .15% | Broniste, Mark | 2 | $1,250 |
| .15% | Carrabello, John | 2 | $1,250 |
| .89% | Carter, Marie Dr. | 12 | $7,500 |
| .59% | Clouatre, Mike Dr. | 8 | $5,000 |
| .59% | Coker, Donny Dr. | 8 | $5,000 |
| .59% | Cunningham, Darren Dr. | 8 | $5,000 |
| .15% | Cyrus, Scott S. Dr. | 2 | $1,250 |
| .74% | Dillard, Larry* | 10 | $6,250 |
| 1.78% | Duke, Laura | 24 | $15,000 |
| .59% | Duke, David Dr. | 8 | $5,000 |
| .074% | Durham, Larry | 1 | $625 |
| .44% | Feferman, Dr.* | 6 | $3,750 |
| .22% | Foster, Lacy* | 3 | $1,875 |
| .3% | Gorman, Janet Dr. | 4 | $2,500 |
| .074% | Hamsher, Mike | 1 | $625 |
| .89% | Hannah, James Todd Dr. | 12 | $7,500 |
| .89% | Hartman, Israel Dr.* | 12 | $7,500 |

[1] 251 Unissued Units for potential dissolution.

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

LOUDERMILK-000118

| | | | |
|---|---|---|---|
| 1.33% | Hill, Chad Dr. | 18 | $11,250 |
| .3% | Hinton, Emily Dr. | 4 | $2,500 |
| .59% | Hix, Paige Partridge | 8 | $5,000 |
| .59% | Hix, Robert Sparks | 8 | $5,000 |
| .3% | Hurt, Jason Dr. | 4 | $2,500 |
| .59% | Jayne, David* | 8 | $5,000 |
| .89% | Ledesma, Gilbert Dr. | 12 | $7,500 |
| .59% | Mason, Ashley Dr. | 8 | $5,000 |
| .074% | May, Randy | 1 | $625 |
| .15% | Miller, David | 2 | $1,250 |
| .74% | Petty, Corwin | 10 | $6,250 |
| .37% | Race, James E. | 5 | $3,125 |
| .074% | Reed, Jerry | 1 | $625 |
| .89% | Reitr, Dr. | 12 | $7,500 |
| .74% | Roberts, Cris* | 10 | $6,250 |
| .89% | Rodgers, Mark Dr. | 12 | $7,500 |
| .74% | Sanders, Robert* | 10 | $6,250.00 |
| .89% | Schmitz, Lawrence Dr. | 12 | $7,500 |
| .3% | Seale, Lindsey Dr. | 4 | $2,500 |
| .074% | Stubblefield, Cleve | 1 | $625 |
| .3% | Terry, Heather L. | 4 | $2,500 |
| .22% | Vela-Hernandez, Jose | 3 | $1,875 |
| .89% | Wallace, Charles Dr.* | 12 | $7,500 |
| .89% | Webster, Michelle Dr. | 12 | $7,500 |

*Individual has received and/or signed a redemption agreement, but the funds have not been returned to the individual. However, Seller retains the responsibility to return the funds to such individuals.

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

LOUDERMILK-000119