UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>CAH ACQUISITION COMPANY #1, LLC, d/b/a WASHINGTON COUNTY HOSPITAL,<br><br>Debtor. | CASE NO. 19-00730-5-JNC<br><br>CHAPTER 11 |
| THOMAS W. WALDREP, JR., as Litigation Trustee,<br><br>Plaintiff,<br><br>v.<br><br>MARK A. RODGERS,<br><br>Defendant. | Adv. Pro. No. 24-00066-5-JNC |

**MEMORANDUM OF LAW IN SUPPORT OF**
**TRUSTEE'S MOTION FOR LEAVE TO AMEND COMPLAINT**

NOW COMES Thomas W. Waldrep, Jr., as Litigation Trustee for Debtor CAH Acquisition Company #1, LLC, d/b/a Washington County Hospital (the "Trustee"), by and through his undersigned counsel, and hereby submits this memorandum of law (the "Memorandum") in support of the *Litigation Trustee's Motion for Leave to Amend Complaint* (the "Motion") filed concurrently herewith, and respectfully states as follows:

**BACKGROUND**

On July 24, 2025, the Trustee filed his Amended Complaint (the "Amended Complaint") against Defendant Mark A. Rodgers (the "Defendant") (Dkt. 18). The body of the Amended Complaint's third cause of action was inadvertently omitted from the Amended Complaint. *See* Dkt. 18. On November 3, 2025, the Court entered its Pretrial Scheduling Order (Dkt. 30) (the

"Pretrial Scheduling Order") establishing November 28, 2025, as the deadline for the parties to seek leave to amend its pleadings. The Trustee timely files this Motion to seek leave to amend the Amended Complaint to incorporate the body of the Trustee's third cause of action.

## APPLICABLE STANDARD

It is well established that a court "should freely give leave when justice so requires." *See* Fed. R. Civ. P. 15(a)(2); *Foman v. Davis*, 371 U.S. 178, 182 (1962); *Island Creek Coal Co. v. Lake Shore, Inc.*, 832 F.2d 274, 279 (4th Cir. 1987). Leave to amend should be denied "only when the amendment would be prejudicial to the opposing party, there has been bad faith on the part of the moving party, or the amendment would be futile." *Johnson v. Oroweat Foods Co.*, 785 F.2d 503, 509 (4th Cir. 1986); Island Creek Coal, 832 F.2d at 279.

## ARGUMENT

Here, the Trustee seeks to incorporate the body of his third cause of action, which was inadvertently omitted from the Amended Complaint. Allowing the Trustee leave to amend will not affect any deadlines established by the Pretrial Scheduling Order, is in the best interests of justice, and would not be prejudicial to the Defendant.

## CONCLUSION

For the foregoing reasons and pursuant to the authority cited herein, the Trustee respectfully requests entry of an order allowing the Trustee leave to file the proposed Second Amended Complaint attached as Exhibit A to the Motion.

Respectfully submitted, this the 26th day of November, 2025.

**WALDREP WALL BABCOCK
& BAILEY PLLC**

/s/ *James C. Lanik*
Thomas W. Waldrep, Jr. (NC Bar No. 11135)
Kelly A. Cameron (NC Bar No. 55664)
Chris W. Haaf (NC Bar No. 46077)
James C. Lanik (NC Bar No. 30454)
Jennifer B. Lyday (NC Bar No. 39871)
Jack H. O'Neal, II (NC Bar No. 61956)
370 Knollwood Street, Suite 600
Winston-Salem, North Carolina 27103
Telephone:  336.722.6300
Facsimile:  336.722.1993
Email: notice@waldrepwall.com


**MCDONALD HOPKINS LLC**
Micah E. Marcus (*specially appearing LR 83.1(e)*)
300 North LaSalle Street, Suite 1400
Chicago, IL 60654
Telephone: (312) 280-0111
Facsimile: (312) 280-8232
Email:  mmarcus@mcdonaldhopkins.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically in accordance with the local rules and served through the CM/ECF system on November 26, 2025.

**WALDREP WALL BABCOCK**
**& BAILEY PLLC**

/s/ *James C. Lanik*
Thomas W. Waldrep, Jr. (NC Bar No. 11135)
Kelly A. Cameron (NC Bar No. 55664)
Chris W. Haaf (NC Bar No. 46077)
James C. Lanik (NC Bar No. 30454)
Jennifer B. Lyday (NC Bar No. 39871)
Jack H. O'Neal, II (NC Bar No. 61956)
370 Knollwood Street, Suite 600
Winston-Salem, North Carolina 27103
Telephone: 336.722.6300
Facsimile: 336.722.1993
Email: notice@waldrepwall.com

*Attorneys for Plaintiff*

**CM/ECF**

Jack Henry O'Neal, II on behalf of Plaintiff Thomas W. Waldrep, Jr.

James C. Livermon, III on behalf of Defendant Mark A. Rodgers

Kelly Alfred Cameron on behalf of Plaintiff Thomas W. Waldrep, Jr.

Thomas W. Waldrep, Jr. on behalf of Plaintiff Thomas W. Waldrep, Jr.